# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00086-CV

**Jonathan Jones, Appellant**

**v.**

**Laury Carson, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-004533, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 15, 2022. On appellant's motion, the time for filing was extended to August 4, 2022. Appellant has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than September 19, 2022. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on August 25, 2022.

Before Justices Goodwin, Baker, and Kelly